UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIA DOUGHMAN

      Plaintiff,

v.

THE CITY OF NEW YORK, SGT. CHRISTOPHER ROCHE, P.O. WILLIAM MAISONET, OFFICER #3214, P.O. "JANE DOE" and P.O "JOHN DOE" 1-10. 1'through'10 inclusive, the names of the last Defendants being fictitious, the true names of the Defendants being unknown to the Plaintiff(s).

      Defendants.

**ORDER**

19 Civ. 4214 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The conference previously scheduled for December 5, 2019 is rescheduled to **December 12, 2019 at 11 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge